The Joint Stipulation of case dismissal is approved pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, parties jointly stipulate to the dismissal of all claims or defenses in this action, because of agreement by the parties. The parties to this action jointly stipulate to the dismissal of all claims with prejudice, and each party to pay its own court costs and attorney fees. The parties understand that this action will now be dismissed in its entirety. Court to retain jurisdiction of settlement.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO CIVIL
# WESTERN DIVISION

| | | |
|---|---|---|
| **FAIR HOUSING OPPORTUNITES OF NORTHWEST OHIO, INC., et al.** | : | Judge: JAMES G. CARR<br>Case No. 3:23-CV-00671 |
| Plaintiffs, | : | |
| v. | : | |
| | : | **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| **BEAL PROPERTIES LLC, et al.** | : | |
| Defendants. | : | |
| | : | |

## STIPULATION OF DISMISSAL

Now come Plaintiffs, Fair Housing Opportunities of Northwest Ohio, Inc., and Lisa Frazier, by and through counsel, and Defendants, Beal Properties, LLC, and Tetherwood Place, LLC, by and through their counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to the dismissal of all claims or defenses in this action, because of agreement by the parties.

The parties to this action jointly stipulate to the dismissal of all claims with prejudice, and each party to pay its own court costs and attorney fees. The parties understand that this action will now be dismissed in its entirety.

**IT IS SO STIPULATED.**

Respectfully submitted,

*/s/ C. Jacob Davis*
_____
C. Jacob Davis, Esq. (#101745)
Nalls Davis
33 White Allen Avenue
Dayton, Ohio 45405
Phone: (937) 813-3003
Fax: (937) 200-7285
Jacob.Davis@nallslaw.com
Attorney for Plaintiffs, Fair Housing
Opportunities of Northwest Ohio, Inc. and
Lisa Frazier

*/s/ Rachael Fortlage*
_____
Rachael Fortlage (#0101694)
George Thomas (#0083354)
The Fair Housing Center
326 N. Erie Street
Toledo, Ohio 43604
Phone: (419) 243-6163
Email: rfortlage@toledofhc.org
Email: gthomas@toledofhc.org
Attorney for Plaintiffs, Fair Housing
Opportunities of Northwest Ohio, Inc., and
Lisa Frazier

*/s/ Douglas A. Wilkins*
Ohio Bar No. 0020801
1822 Cherry
Toledo, OH 43608
Phone: (419) 246-3777
Fax: (419) 531-9415
Email: dgwilkins@mac.com
Counsel for Defendants